IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19mj 151 |
| ) | |
| CHARELLE SPRIGGINS, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Citation No. 9091327)

On or about April 10, 2019, in the Eastern District of Virginia, the defendant, CHARELLE SPRIGGINS, a United States Postal Service employee, did knowingly and willfully obstruct or retard the passage of the mails by opening mail entrusted to her in her capacity as a mail handler assigned to the Richmond Processing and Distribution plant in Sandston, Virginia such that the mail was not delivered to its addressed recipients or returned to its identified sender.

(In violation of Title 18, United States Code, Section 1701.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Kaitlin G. Cooke*
Kaitlin G. Cooke
Assistant United States Attorney